# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| US AIRWAYS, INC. AND AIG | : | No. 302 WAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (GENOVESE-SMITH) | : | |
| | : | |
| | : | |
| PETITION OF:  PAULA GENOVESE-SMITH | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.